IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Petitioner,                   No. CIV S-05-0798 DFL KJM P

    vs.

CALIFORNIA STATE PRISON
LANCASTER ADMINISTRATION,

    Respondents.              <u>ORDER AND</u>
                                   /               <u>FINDINGS & RECOMMENDATIONS</u>

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254 together with a request to proceed in forma pauperis under 28 U.S.C. § 1915. Petitioner has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[1] A waiver of exhaustion,

---

[1] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

1

1  thus, may not be implied or inferred. A petitioner satisfies the exhaustion requirement by

2  providing the highest state court with a full and fair opportunity to consider all claims before

3  presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v.

4  Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986).

5  Based on the information provided by petitioner in his petition for habeas corpus,

6  the court finds that petitioner has failed to exhaust state court remedies. The claims have not

7  been presented to the California Supreme Court. Further, there is no allegation that state court

8  remedies are no longer available to petitioner. Accordingly, the petition should be dismissed

9  without prejudice.[2]

10  Good cause appearing, IT IS HEREBY ORDERED that:

11  1. Petitioner is granted leave to proceed in forma pauperis;

12  2. The Clerk of the Court is directed to serve a copy of these findings and

13  recommendations together with a copy of the petition filed in the instant case on the Attorney

14  General of the State of California; and

15  IT IS HEREBY RECOMMENDED that petitioner's application for a writ of

16  habeas corpus be dismissed for failure to exhaust state remedies.

17  /////
18  /////
19  /////
20  /////
21  /////
22  /////

---

[2] Petitioner is cautioned that the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. 28 U.S.C. § 2244(d).

These findings and recommendations will be submitted to the United States District Judge assigned to this case, under the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE